# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: APPLICATION OF BIOMET ORTHOPAEDICS SWITZERLAND GMBH UNDER 28 U.S.C. § 1782 FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING : : : : : : | MISC. ACTION NO. 17-0158 |

## ORDER

**AND NOW,** this 21st day of November 2017, upon consideration of Heraeus Medical GmbH's Motion to Quash Biomet Orthopaedics Switzerland's Subpoena to Counsel for Esschem, Inc. (Doc. No. 7), and the responses and replies thereto, it is hereby **ORDERED** that the Motion (Doc. No. 7) is **GRANTED**. It is further **ORDERED** that the Subpoena served by Biomet Orthopaedics Switzerland on Esschem, Inc.'s litigation counsel (Greenberg Taurig, LLP and Fineman Krekstein & Harris P.C.) is **QUASHED**.

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe, J.**
_____
**CYNTHIA M. RUFE, J.**